**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7913**

_____

LONNIE T. BUTLER,

Petitioner - Appellant,

versus

RONALD HUTCHINSON; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-01-1511-PJM)

_____

Submitted: April 25, 2002          Decided: May 8, 2002

_____

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Lonnie T. Butler, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lonnie T. Butler seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Butler v. Hutchinson, No. CA-01-1511-PJM (D. Md. Nov. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED